## United States District Court for the Northern District of Illinois

Case Number: 08CV2900  Assigned/Issued By: DAJ

Judge Name: GETTLEMAN  Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other ____
[ ] $455.00

Number of Service Copies ____  Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350.00  Receipt #: 2788876

Date Payment Rec'd: 05/19/08  Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
____
(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ ____
(Type of Writ)

1  Original and  0  copies on  05/19/08  as to  DEF.
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05