AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| International Union of Operating Engineers, Local 150 AFL-CIO, | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| | CASE NUMBER:   08 cv 2900 |
| V. | ASSIGNED JUDGE:   JUDGE GETTLEMAN |
| Action Fence Contractors, Inc. | DESIGNATED MAGISTRATE JUDGE:   MAGISTRATE JUDGE MASON |
| Defendant. | |

TO: (Name and address of Defendant)

ACTION FENCE CONTRACTORS, INC.
945 Tower Road
Mundelein, IL 60060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl E. Masters
IUOE Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
(708) 579-6663

an answer to the complaint which is herewith served upon you, within ____TWENTY (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Holliman*
(By) DEPUTY CLERK

May 19, 2008
Date

# **AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| State of Illinois | County of Northern | U S D C Court |

Case Number: 08-CV-2900

PLAINTIFF:
Imternational Union of Operating Engineers, Local 150 AFL-CIO,

vs.

DEFENDENT:
Action Fence Contrators, Inc.,

Received by VTS Investigations on the 27th day of May, 2008 at 1:54 pm to be served on **Action Fence Contractors, Inc., 945 Tower Road, Mundelein, IL 60060.**

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **29th day of May, 2008** at **2:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, EXHIBITS A-N,** with the date and hour of service endorsed thereon by me, to: **Mike Lusk** as **General Manager** for **Action Fence Contractors, Inc.,** at the address of: **945 Tower Road, Mundelein, IL 60060**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50  Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 230, Hair: Brown, Glasses Y

I certify that i am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/12/09

Robert C. Regalado - Process Server

Subscribed and Sworn to before me on the 30th day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

VTS Investigations
P.O. Box 971
Elgin, IL  60121
(847) 888-4464

Our Job Serial Number: 2008001893