J3300-45

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO** | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action<br>Filed: May 19, 2008<br>Case No.: 08 CV 2900 |
| vs. | ) | Judge Gettleman |
| **ACTION FENCE CONTRACTORS, INC., an Illinois Corporation,** | ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Karl Masters
      Local 150 Legal Department
      6140 Joliet Road
      Countryside, Illinois 60525

**PLEASE TAKE NOTICE** that on August 20, 2008 at 9:15 A.M. or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert Gettleman or any Judge sitting in his stead in room 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion.

/s/James A. Karamanis
James A. Karamanis

JAMES A. KARAMANIS
415 N. LaSalle Street - Suite 300
Chicago, IL 60610
(312) 245-0031
(312) 245-0022 - Fax

## CERTIFICATE OF SERVICE

I, James A. Karamanis, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on August 8, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

/s/James A. Karamanis
James A. Karamanis