J3300-45

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

INTERNATIONAL UNION OF )
OPERATING ENGINEERS, LOCAL )
150, AFL-CIO )
          Plaintiff, )        **Civil Action**
 )        **Filed: May 19, 2008**
 )        **Case No.: 08 CV 2900**
          vs. )        **Judge Gettleman**
ACTION FENCE CONTRACTORS, )        **Magistrate Judge Mason**
INC., an Illinois Corporation, )
 )
         Defendant. )

## AGREED MOTION TO VACATE ALL TECHNICAL DEFAULTS & LEAVE TO ANSWER OR OTHERWISE PLEAD IN 30 DAYS

**NOW COMES** the Defendant, ACTION FENCE CONTRACTORS, INC., an Illinois

Corporation, by and through its attorney, JAMES A. KARAMANIS of ZANE D. SMITH &

ASSOCIATES, LTD., and respectfully requests that this Honorable Court grant Plaintiff's

motion to vacate all technical defaults & leave to answer or otherwise plead in 30 days, and in

support thereof, states as follows:

1.      Both the Plaintiff, International Union of Operating Engineers, Local 150, AFL-

CIO and Defendant, Action Fence Contractors, Inc., have been involved in substantial settlement

negotiations since the filing of this Complaint in an effort to resolve the matter without the

necessity of further litigation.

2.      During the course of the settlement negotiations, Plaintiff agreed that they would

take no further action in the prosecution of this case and would agree to Defendant's present

motion.

3.      Nevertheless, it has become apparent to both parties that settlement is unlikely.

**WHEREFORE,** Defendant, ACTION FENCE CONTRACTORS, INC., prays this Honorable Court enter an order granting its motion to vacate all technical defaults & leave to answer or otherwise plead in 30 days and for any additional relief for Defendant this Court deems just.

Respectfully submitted

By://s/ James A. Karamanis_____
James A. Karamanis, One of Plaintiff's Attorneys

ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street
Suite 300
Chicago, Illinois 60610
Phone: (312) 245-0031
Attorney I.D. 6203479