**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL, AFL-CIO, <br> V. <br> ACTION FENCE CONTRACTORS, INC., an Illinois Corporation | Filed May 19, 2008 <br> 08 cv 2900 <br> Judge Gettleman <br> Magistrate Judge Mason |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ACTION FENCE CONTRACTORS, INC., an Illinois Corporation

| NAME (Type or print) |  |
|---|---|
| Zane D. Smith |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Zane D. Smith |  |
| FIRM |  |
| Zane D. Smith & Associates, Ltd. |  |
| STREET ADDRESS |  |
| 415 North LaSalle Street, Ste. 300 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL   60610 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06184814 | TELEPHONE NUMBER <br> 312-245-0031 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |