# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL, AFL-CIO,<br>V.<br>ACTION FENCE CONTRACTORS, INC.,<br>an Illinois Corporation | Filed May 19, 2008<br>08 cv 2900<br>Judge Gettleman<br>Magistrate Judge Mason |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ACTION FENCE CONTRACTORS, INC., an Illinois Corporation

| |
|---|
| NAME (Type or print)<br>Andre Ordeanu |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Andre Ordeanu |
| FIRM<br>Zane D. Smith & Associates, Ltd. |
| STREET ADDRESS<br>415 North LaSalle Street, Ste. 300 |
| CITY/STATE/ZIP<br>Chicago, IL  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280752 | 312-245-0031 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |